**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 5:16-CR-35 (LAG) |
| | : | |
| DONTA MADDOX, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is the Government's Unopposed Motion for Limited Disclosure of Sealed Documents (Doc. 112). Therein, the Government seeks a limited disclosure of Defendant's final presentence investigation report (PSR) and competency evaluation reports to the U.S. Attorney's Office for the Northern District of Illinois and Defendant's counsel of record in a case currently pending in the Northern District of Illinois. (*Id.* at 2). Defendant does not oppose the Government's Motion. (*Id.*). Accordingly, the Government is permitted to disclose the Defendant's PSR and competency evaluation reports to the U.S. Attorney's Office for the Northern District of Illinois and Defendant's counsel of record in Northern District of Illinois case 22-CR-50036 for the limited purpose of handling that case, and no further use or disclosure is authorized by this Order.

**SO ORDERED**, this 19th day of January, 2024.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**